NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HARVEY MOORE AND
ASSOCIATES, INC.,

   Appellant,

v.            Case No. 2D16-5658

HAHN LOESER & PARKS, LLP,

   Appellee.

Opinion filed October 12, 2018.

Appeal from the Circuit Court for
Hillsborough County; Steven Scott
Stephens, Judge.

G. Donovan Conwell, Jr. of Conwell
Business Law, LLLP, Tampa, for Appellant.

Edmond E. Koester of Coleman, Yovanovich
& Koester, P.A., Naples, for Appellee.


PER CURIAM.


    Affirmed.


SILBERMAN, KELLY, and BLACK, JJ., Concur.